# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE HICKEY,<br><br>　　　　　　Petitioner,<br>　vs.<br><br>DAWN S. DAVISON, Warden,<br><br>　　　　　　Respondent. | CASE NO. 07CV228-BEN (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITION FOR A WRIT OF HABEAS CORPUS** |

　　Petitioner Lisa Marie Hickey ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 ("Petition"), challenging her conviction for manufacturing methamphetamine. Respondent answered. Petitioner presents two grounds for habeas relief. In ground one, Petitioner contends that the trial court violated her federal due process rights by incorrectly instructing the jury on the elements of manufacturing methamphetamine. In ground two, Petitioner argues that the trial court violated her federal due process rights by failing to give sua sponte a lesser-included offense instruction.

　　On June 21, 2007, Honorable Magistrate Judge Barbara Lynn Major issued a thoughtful and thorough Report and Recommendation ("Report"), recommending the Petition be denied in its entirety. No objection to the Report has been filed. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed Report. Good cause appearing, the Court concurs with and adopts the Report in its entirety.

1 | Accordingly, the Petition is **DENIED** in its entirety. The Clerk shall close the file.

2 | **IT IS SO ORDERED.**

4 | DATED: September 14, 2007

_____
Hon. Roger T. Benitez
United States District Judge

8 | cc: All parties and respective counsel